Michael G. Kelber (Pro Hac Vice)
Luis M. Lozada (Pro Hac Vice)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801
Tel: (312) 269-8000
Fax: (312) 269-1747
E-mail: mkelber@ngelaw.com
E-mail: llozada@ngelaw.com

Marilyn Raia, SBN 72320
C. Todd Norris, SBN 181337
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, CA 94108
Tel: (415) 352-2700
Fax: (415) 352-2701
E-mail: marilyn.raia@bullivant.com
E-mail: todd.norris@bullivant.com

Attorneys for Defendant and Counterclaimant
BEATS ELECTRONICS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIGNEO USA, LLC, a Florida Limited Liability Company and SIGNEO INTERNATIONAL LTD., a Hong Kong Limited Company,<br><br>Plaintiffs,<br><br>v.<br><br>BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company and MONSTER CABLE PRODUCTS, INC., a California Corporation,<br><br>Defendants. | Case No.: CV11-2664 EMC<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** ; ORDER |

1 　　　　The parties hereto, through their respective counsel of record, hereby stipulate and
2 jointly request that the Court continue the case management conference currently scheduled for
3 September 2, 2011 at 9:00 a.m. to October 14, 2011 at 9:00 a.m. or such other date that is
4 convenient on the court's calendar. In support of their joint request, the parties state that they
5 have exchanged proposals for settling the above-captioned matter. Therefore, to provide the
6 parties additional time to explore settlement and to conserve judicial resources, the parties
7 respectfully request the continuance of the case management conference.

8
9 DATED: August 23 2011　　　　　　　　NEAL GERBER & EISENBER LLP

10
11 　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Michael G. Kelber
12 　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant/Counter-Claimant
　　　　　　　　　　　　　　　　　　　　　　Beats Electronics, LLC
13

14 DATED: August 23 2011　　　　　　　　LARIVIERE, GRUBMAN & PAYNE, LLP

15
16 　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Robert W. Payne
17 　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant/Counter-Claimant
　　　　　　　　　　　　　　　　　　　　　　Monster Cable Products, Inc.

18 DATED: August 23, 2011　　　　　　　　ERVIN COHEN & JESSUP LLP
19
20 　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Kevin J. Pavlik
21 　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs/Counter-Defendants
　　　　　　　　　　　　　　　　　　　　　　Signeo USA, LLC and Signeo International LTD.
22
23
24
25
26
27
28

## ORDER

IT IS HEREBY ORDERED that the case management conference in the captioned matter, currently scheduled for September 2, 2011, be continued to October __14__, 2011 at 9:00 a.m.   A Joint CMC Statement shall be filed by October 7, 2011.

DATED: August __24__, 2011

_____
Chen
United States Magistrate Judge
Northern District

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen