Patrick A. Fraioli (CA Bar No. 191824)
  pfraioli@ecjlaw.com
Allan B. Cooper (CA Bar No. 60862)
  acooper@ecjlaw.com
Russell M. Selmont (CA Bar No. 252522)
  rselmont@ecjlaw.com
Kevin J. Pavlik (CA Bar No. 252645)
  kpavlik@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Lan Kennedy-Davis (Pro Hac Vice)
  kennedy@daviskennedylaw.com
DAVIS & KENNEDY, P.A.
755 Rinehart Road, Suite 200
Lake Mary, Florida 32746
Telephone (407) 328-5297
Facsimile: (407) 328-5225

Attorneys for Plaintiffs and Counter-Defendants
SIGNEO USA, LLC and SIGNEO INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNEO USA, LLC, a Florida Limited Liability Company and SIGNEO INTERNATIONAL LTD., a Hong Kong Limited Company, <br><br> Plaintiff, <br><br> v. <br><br> BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company and MONSTER CABLE PRODUCTS, INC., a California Corporation,, <br><br> Defendant. | CASE NO. CV11-2664 EMC <br><br> The Honorable Edward M. Chen <br><br> **JOINT STIPULATION FOR RULE 41(a) DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS IN THIS ACTION AND [PRO~~POS~~ED] ORDER** <br><br> Action Filed: June 2, 2011 |

14239.1:1299755.2

JOINT STIPULATION RULE 41(a) DISMISSAL AND [PROPOSED] ORDER

Plaintiffs and Counter-Defendants SIGNEO USA, LLC AND SIGNEO INTERNATIONAL LTD. ("Plaintiffs"), Defendant and Counter-Claimant BEATS ELECTRONICS, LLC ("Beats") and Defendant MONSTER, INC. fka MONSTER CABLE PRODUCTS, INC. ("Monster") (Beats and Monster collectively referred to herein as "Defendants"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs brought the present action seeking declaratory judgment that their products did not infringe Beats' patent, trade dress or trademark rights;

WHEREAS, Monster was joined as a defendant as the exclusive licensee of Beats' intellectual property which was the subject of this action;

WHEREAS, Beats filed a counter-claim alleging patent infringement, inducement of patent infringement, trade dress infringement and unfair competition, and trademark dilution against Plaintiffs;

WHEREAS, Monster has no pending counterclaims in this action;

WHEREAS, Plaintiffs and Beats have reached a settlement and wish to proceed with a dismissal of the above-captioned action, including all claims and counterclaims, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

WHEREAS, Plaintiffs' request for declaratory relief against Monster becomes moot as a result of the settlement with Beats; and

WHEREAS, the parties have agreed that they shall each bear their respective attorney's fees and costs,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by and through their respective counsel of record, the following:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of all claims and counterclaims in this action with prejudice, with each party to bear its own attorneys' fees and costs.

1  This dismissal is without prejudice to the filing of any future legal action by
2  or on behalf of Plaintiffs, Beats, or Monster, not asserting the claims and
3  counterclaims in this action, against any party hereto.

5  IT IS SO STIPULATED.

7  Dated: December __7__, 2011

9  ERVIN COHEN & JESSUP LLP

11 By:_____/s/_____
   Patrick A. Fraioli
12 Attorneys for Plaintiff/Counter-Defendant
13 Signeo USA, LLC and Signeo International LTD.

14 NEAL GERBER & EISENBERG LLP

16 By:_____/s/_____
   Michael G. Kelber
17 Attorneys for Defendant/Counter-Claimant
18 Beats Electronics, LLC

19 LARIVIERE, GRUBMAN & PAYNE, LLP

20 By:_____/s/_____
21 Robert W. Payne
22 Attorneys for Defendant
   Monster, Inc. fka Monster Cable Products, Inc.

25 **IT IS SO ORDERED.**

27 DATED: __12/8/11_____
28                   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*